United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 13-15191-TA
Mircea Mardarescu                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin           Page 1 of 1           Date Rcvd: Nov 12, 2013
                          Form ID: pdf042       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
db          +Mircea Mardarescu,   34 San Simeo,   Laguna Niguel, CA 92677-7950

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
        David L Hahn (TR)    trustee@hahnfife.com,  dhahn@ecf.epiqsystems.com
        Harlene   Miller    on behalf of Creditor Lindsey  Browning harlene@pagterandmiller.com,
   pandm@pagterandmiller.com
        Harlene   Miller    on behalf of Interested Party   Courtesy NEF harlene@pagterandmiller.com,
   pandm@pagterandmiller.com
        Harlene   Miller    on behalf of Plaintiff Lindsey  Browning harlene@pagterandmiller.com,
   pandm@pagterandmiller.com
        Jarrod Y Nakano    on behalf of Debtor Mircea  Mardarescu jarrod@mcfarlinlaw.com,
   connie@mcfarlinlaw.com
        Timothy   McFarlin    on behalf of Debtor Mircea  Mardarescu tmcfarlin@yahoo.com,
   talien@mcfarlinlaw.com;kathy@mcfarlinlaw.com
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                                                       TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Timothy G. McFarlin SBN 223378<br>MCFARLIN<br>4 Park Plaza, Suite 1025<br>Irvine, CA 92614<br>Telephone: (949) 544-2640<br>Fax: (949) 206-0404<br>tim@mcfarlinlaw.com<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 12 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** daniels   **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Mircea Mardarescu<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:13-bk-15191-TA<br><br>CHAPTER: 7<br><br>**ORDER ☒ GRANTING ☐ DENYING MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. § 522(f) AND FOR TURNOVER OF PERSONAL PROPERTY**<br><br>☒ No hearing held pursuant to LBR 9013-1(o)<br>☐ Hearing Held |
|---|---|

**Creditor Name**: _____*Lindsey Browning*_____
*(Insert name of creditor holding lien to be avoided)*

**TO CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:**

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor moved to avoid liens on personal property claimed to be exempt, with respect to creditor.

Having reviewed the motion, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013                                          Page 1                                          F 4003-2.2.ORDER.PP

2. **Hearing Information**:

   a. ☒ No hearing is required: Debtor has filed a declaration (F 9013-1.2.NO.HEARING.DEC) stating that no opposition was timely received.

   b. ☐ A timely objection was received and a hearing was held as follows:

      (1) Date: _____    (2) Time: _____    (3) Courtroom: _____    (4) Judge: _____

      (5) The matter was:    ☐ Contested    ☐ Uncontested    ☐ Settled by Stipulation    ☐ Not Prosecuted

      (6) ☐ Debtor present in court *(Name)*: _____

      (7) ☐ Attorney for Debtor present in court *(Name)*: _____

      (8) ☐ Attorney for Lienholder present in court *(Name)*: _____

      (9) ☐ Other parties present as reflected in the court record: _____

3. Motion granted:

   a. ☒ The liens sought to be avoided are non-purchase money security interests in personal property

   b. ☐ The personal property collateral is exempt under:

      (1) ☐ California Civil Code of Procedure    § _____    (Household Goods)

      (2) ☐ California Civil Code of Procedure    § _____    (Jewelry)

      (3) ☐ California Civil Code of Procedure    § _____    (Musical Instruments)

      (4) ☐ California Civil Code of Procedure    § _____    (Tools of Trade)

      (5) ☐ California Civil Code of Procedure    § 703.140(b)(5)_____    *(Specify:_____)*

      (6) ☐ Other Statute *(specify)*: _____

4. Motion denied on the following grounds:    ☐ With Prejudice    ☐ Without Prejudice

   a. ☐ Insufficient notice

   b. ☐ Failure to comply with FRBP 7004(b)(3) and Calif. Code of Civil Procedure, § 416.10 for corporations

   c. ☐ Insufficient evidence of the exempt status of the property in question

   d. ☐ Other *(specify)*: _____

5. ☒ The court further orders as follows *(specify)*: execution lien is avoided in the sum of $15,000    ☐ See attached page

   ☒ Turnover of property required under 11 U.S.C. § 542. To the debtor care of her counsel

                                      ###

Date: November 12, 2013

*(signature)* Theodor C. Albert

Theodor C. Albert
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                    Page 2                    **F 4003-2.2.ORDER.PP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. § 522(f) AND FOR TURNOVER OF (PERSONAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) 10/14/2013,  the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

~~US Trustee ustpregion16.sa.ca.ecf@usdoj.gov~~
~~Chapter 7 Trustee David L. Hahn trustee@hahnfife.com, dhahn@ecf.epiqsystems.com~~
~~Timothy G. McFarlin tmcfarlin@yahoo.com, talien@mcfarlinlaw.com; kathy@mcfarlinlaw.com~~
~~Harlene Miller harlene@pagterandmiller.com, pandm@pagterandmiller.com~~

- David L Hahn (TR)    trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
- Timothy McFarlin    tmcfarlin@yahoo.com, talien@mcfarlinlaw.com;kathy@mcfarlinlaw.com
- Harlene Miller    harlene@pagterandmiller.com, pandm@pagterandmiller.com
- Jarrod Y Nakano    jarrod@mcfarlinlaw.com, connie@mcfarlinlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

**Mircea Mardarescu**
34 San Simeo
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

Harlene M. Miller    Attorney for Creditor, Lindsey Browning
Pagter & Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                                Page 3                                **F 4003-2.2.ORDER.PP**